UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SEBREN ABBALUM PIERCE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LUIS MARTINEZ, WARDEN,<br><br>　　　　　Respondent. | Case No. 5:23-cv-00393-SVW-JDE<br><br>JUDGMENT |

　　Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

　　IT IS ADJUDGED that the action is dismissed without prejudice to Petitioner filing a new action if he obtains permission from the Ninth Circuit to file a second or successive petition.

Dated: March 28, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge